IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MAUDE, **Plaintiff,** | : : : | CIVIL ACTION |
| v. | : : | No.: 18-cv-4080 |
| CITY OF PHILADELPHIA, **Defendant.** | : : : | |

## O R D E R

**AND NOW**, this ___4TH___ day of June, 2021, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 42), Plaintiff's Response in Opposition (ECF No. 49), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

JUDGMENT IS ENTERED in favor of Defendant City of Philadelphia and against Plaintiff William Maude. This case shall be marked CLOSED.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge